

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00082-CV

———————————————

MGS ROOFING SYSTEMS, INC., Appellant

V.

SPEED FAB-CRETE CORPORATION, Appellee

On Appeal from the 67th District Court
Tarrant County, Texas
Trial Court No. 067-307745-19

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant filed a timely notice of appeal from the trial court's January 17, 2020 judgment. The trial court granted appellant's motion for new trial on March 27, 2020, while it still had plenary jurisdiction. *See* Tex. R. Civ. P. 329b(a), (e).

On April 6, 2020, we informed the parties that the trial court's new-trial grant rendered this appeal moot and that the appeal would be dismissed unless, on or before April 16, 2020, any party desiring to continue the appeal filed a response showing grounds for continue the appeal. No party filed a response.

Accordingly, on this court's own motion, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

Per Curiam

Delivered: April 23, 2020